UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARKPULSE, INC.

               Plaintiff,

v.

FIRSTFIRE GLOBAL OPPORTUNITIES
FUND, LLC, and ELI FIREMAN,

               Defendants.

**ORDER**

21 Civ. 11222 (ER)

RAMOS, D.J.

      On December 31, 2021, DarkPulse, Inc. ("DarkPulse") brought this action against FirstFire Global Opportunities Fund, LLC ("FirstFire") and managing member Eli Fireman alleging, *inter alia*, violations of the Securities Exchange Act of 1934 and seeking rescission of the parties' convertible promissory note under § 29(b) of the Act. Doc. 1. On January 17, 2022, DarkPulse moved for a preliminary injunction to restrain FirstFire from selling DarkPulse stock that it had acquired pursuant to the note. Doc. 17. On January 21, 2022, the Court held a conference and heard oral argument on DarkPulse's motion for a preliminary injunction.

      For the reasons stated on the record at the hearing, DarkPulse's motion for a preliminary injunction is DENIED.

      It is SO ORDERED.

Dated: January 21, 2022
       New York, New York

                                                        Edgardo Ramos, U.S.D.J.